IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD HAWKINS, as the Personal Representative of the Estate of LAWRENCE FRED HAWKINS, Deceased, | * * * * * |
| Plaintiff, | * * |
| v. | * CASE NO. 1:19-cv-00992-KD-M * |
| CITY OF PRICHARD, ALABAMA and JONATHAN MURPHY, Individually and in his official capacity as a Police Officer, | * * * * * |
| Defendants. | * |

## JOINT STIPULATION FOR DISMISSAL

COME NOW Plaintiff Donald Hawkins, as the Personal Representative of the Estate of Lawrence Fred Hawkins, and Defendants City of Prichard and Jonathan Murphy, by and through their respective attorneys, and stipulate to the dismissal of all claims in this action, with prejudice, each party to bear its own costs.

/s/ Rodney F. Barganier
RODNEY F. BARGANIER (BAR125)
*Attorney for Plaintiff*
BARGANIER LAW GROUP, LLC
2730 Ensley Avenue
Birmingham, AL 35218
(205) 776-1776 T
(205) 278-8557 F
Email: rfb@barganierlaw.net

/s/ Daryl K. Washington  (by consent)
DARYL K. WASHINGTON
*Attorney for Plaintiff*
State Bar No. 24013714 (Admitted Pro Hac Vice)
WASHINGTON LAW FIRM, P.C.
325 N. St. Paul St., Suite 3950
Dallas, TX 75201
(214) 880-4883 T
(214) 751-6685 F
Email: dwashington@dwashlawfirm.com

{05910224.1} 1

| | |
|---|---|
| */s/ Thomas O. Gaillard III  (by consent)* | */s/ Mark L. Redditt  (by consent)* |
| THOMAS O. GAILLARD III (GAILT9459) | MARK L. REDDITT (REDDM5141) |
| *Attorney for Defendant Jonathan Murphy* | H. FINN COX, JR. (COXHE6462) |
| HELMSING, LEACH, HERLONG, | *Attorneys for Defendant the City of Prichard* |
| NEWMAN & ROUSE, P.C. | MAYNARD COOPER & GALE, PC |
| Post Office Box 2767 | 11 North Water Street, Suite 24290 |
| Mobile, AL 36652 | Mobile, AL  36602-5024 |
| (251) 432-5521 | Telephone: (251) 432-0001 |
| E-Mail: tog@helmsinglaw.com | Facsimile: (251) 432-0007 |
| | mredditt@maynardcooper.com |
| | fcox@maynardcooper.com |

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on April 15, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record.

                                                 */s/ Rodney F. Barganier*
                                                 RODNEY F. BARGANIER